671 A.2d 1044

### IN THE MATTER OF JEFFREY A. FOUSHEE, AN ATTORNEY AT LAW.

March 8, 1996.

### ORDER

JEFFREY A. FOUSHEE of WEST ORANGE, having been ordered to show cause on January 17, 1996, why he should not be temporarily suspended from the practice of law pursuant to *Rule* 1:20–3(g)(4) for failure to cooperate with the ethics authorities in investigations involving his practice of law;

And respondent having represented to the Court that he would provide records and meet with the Office of Attorney Ethics by a date certain;

And respondent having failed to provide the promised documents or to arrange the promised meeting;

And good cause appearing;

It is ORDERED that JEFFREY A. FOUSHEE is temporarily suspended from the practice of law, effective immediately and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20.